JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRACYE BERNARD WASHINGTON,

              Petitioner

      v.

TRENT ALLEN, Warden,

             Respondent.

Case No. CV 22-4794-MWF (RAO)

**JUDGMENT**

      Pursuant to the Court's Order Accepting Second Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is **DISMISSED** without prejudice, and a Certificate of Appealability is **DENIED**.

Dated:  June 25, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge